IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 14 AM 6:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RIBHI MUSTAFA HAJJEH,

    Plaintiff,

VS.                                              NO. 04-2915-Ma

JOHN ASHCROFT, et al.,

    Defendants.

### ORDER TO SHOW CAUSE

On July 29, 2005, defendants filed a Motion for Summary Judgment. To date, plaintiff has not responded to the motion.

Plaintiff is hereby ORDERED to show cause, within fifteen (15) days of the entry of this order, why the defendants' Motion for Summary Judgment should not be granted. Failure to do so may result in the granting of defendants' motion.

It is so ORDERED this 13th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02915 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Rehim Babaoglu
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT