IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RIBHI MUSTAFA HAJJEH,

    Petitioner,

VS.                                NO. 04-2915-MaP

JOHN ASHCROFT, ET AL.,

    Respondent.

## ORDER TO SHOW CAUSE

The petition for naturalization hearing in this matter was filed on November 10, 2004. Defendants filed an answer on January 10, 2005. Defendants filed a motion for summary judgment on July 29, 2005, based on petitioner's failure to prosecute the case.

Petitioner is directed to show cause within eleven (11) days of the entry of this order, why this matter should not be dismissed for failure to prosecute.

It is so ORDERED this 19th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02915 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Rehim Babaoglu
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Samuel Mays
US DISTRICT COURT