IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RIBHI MUSTAFA HAJJEH,  )
                      )
        Plaintiff,    )
                      )
vs.                   )   Civ. No. 04-2915-Ma/P
                      )
JOHN ASHCROFT, et al.,)
                      )
        Defendants.   )
                      )

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

Before the court is plaintiff's Incorporated Motion to Compel, filed October 28, 2005 (dkt #14). The defendant, who was apparently served with the motion to compel on October 25, 2005, filed its response in opposition on October 26, 2005. On March 8, 2005, the court entered a scheduling order setting September 8, 2005, as the deadline for completing all discovery. Plaintiff's present motion to compel was filed six weeks after the discovery deadline. It is well settled that a court may deny a party the opportunity to obtain discovery if the information is sought after the close of discovery. Overnite Transp. Co. v. Int'l Bhd. of Teamsters, No. 99-2747, 2001 WL 1910054, *1 (W.D. Tenn. Oct. 26, 2001) (unpublished); Medtronic Sofamor Danek, Inc. v. Osteotech, Inc., No. 99-2656, 2001 WL 1910058, at *4 (W.D. Tenn. Sept. 21,

2001) (unpublished); see also Banks v. CBOCS West, Inc., No. 01-C-0785, 2004 WL 723767, *2 (N.D. Ill. Apr. 1, 2004)(unpublished); Willis v. New World Van Lines, Inc., 123 F.Supp.2d 380, 401 (E.D. Mich. 2000)(citing Ginett v. Federal Express Corp., 166 F.3d 1213 (6th Cir 1998)). Although there may be good cause to excuse an untimely request for discovery under certain circumstances, the plaintiff has not sufficiently demonstrated to the court that allowing an extension of discovery is appropriate in this case. Therefore, the motion to compel is DENIED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

November 29, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02915 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Rehim Babaoglu
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT