IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC -6 PM 4: 13
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

RIBHI MUSTAFA HAJJEH,

    Plaintiff,

VS.                                NO. 04-2915-MaP

ALBERTO GONZALES,
U. S. Attorney General, ET AL.,

    Defendants.

### ORDER OF DISMISSAL

The plaintiff has filed a motion for voluntary dismissal in this matter. For good cause shown, plaintiff's motion is granted and this matter is DISMISSED without prejudice.

It is so ORDERED this **5th** day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or Rule 79(a) FRCP on _12-8-05_

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02915 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Rehim Babaoglu
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT